UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES C. RENNICK SR. and
MICHELE MALVERTY,

    Plaintiffs,

v.                                   Case No. 8:17-cv-1617-T-27AAS

EQUIFAX INFORMATION SERVICES,
LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court upon *sua sponte* review of Plaintiff's Complaint and Demand for Jury Trial (Dkt. 1). The complaint fails to comply with the pleading standards explicated in *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), as well as Federal Rules of Civil Procedure 8 and 10. Each count in the complaint incorporates all of the preceding paragraphs, a hallmark of a shotgun pleading, making it " 'virtually impossible to know which allegations of fact are intended to support which claim(s) for relief.' " *Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1126 (11th Cir. 2014) (quoting *Anderson v. Dist. Bd. of Trs. of Cent. Fla. Cmty. Coll.*, 77 F.3d 364, 366 (11th Cir.1996)). The proper remedy for a shotgun complaint is to strike the complaint and order a repleader. *Id.* at 1127. Accordingly, the complaint (Dkt. 1) is **STRICKEN**. Plaintiff shall file an amended complaint within **fourteen (14) days** of the date of this Order, failing which this case will be dismissed without further notice.[1]

DONE AND ORDERED this 5th day of July, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

---

[1] The amended complaint shall also ensure that the counts are properly numbered. There are currently two different claims asserted as "Count V" in the complaint. (Dkt. 1 at pp. 10-11).

1