UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELE MALVERTY, individually,
and as successor in interest for
JAMES C. RENNICK, SR.,

    Plaintiff,
v.                                        Case No.: 8:17-cv-1617-T-27AAS

EQUIFAX INFORMATION SERVICES,
LLC and EXPERIAN INFORMATION
SOLUTIONS, INC.

    Defendants.
_____/

## ORDER

The parties appeared for a hearing on Michele Malverty's motion to compel discovery responses from Experian Information Solutions, Inc. ("Experian"). (Doc. 34). Experian opposed Ms. Malverty's motion and advised that, because of continued conferral, only interrogatory nos. 11 and 12 remain at issue. (Doc. 42). At the hearing, Ms. Malverty's counsel advised the court that he was withdrawing the motion to compel an answer to interrogatory no. 11. In addition to hearing argument on Ms. Malverty's motion to compel an answer to interrogatory no. 12, the court addressed Ms. Malverty and Equifax Information Services, LLC's ("Equifax") joint motion for an order authorizing the confidential production of third-party documents (Doc. 47) and scheduled the parties' requested settlement conference.

For the reasons stated on the record at the hearing:

1

(1) Ms. Malverty and Equifax's Joint Motion for an Order Authorizing Confidential Production of Documents of Third Party James L. Palmer (Doc. 47) is **GRANTED**. This third-party information is subject to the highest level of confidentiality available under the parties' confidentiality agreement. In producing this information, Equifax shall redact all but the last four digits of the account numbers. If the documents are to be filed in this litigation, the confidentiality of the documents are subject to the Locals Rules for the Middle District of Florida and the Federal Rules of Civil Procedure.

(2) Ms. Malverty's Motion to Compel Discovery Responses (Doc. 34) is **DENIED** as follows:

    a. As noted above, at the hearing, Ms. Malverty withdrew the motion to compel an answer to interrogatory no. 11; thus, the request is **DENIED as moot**; and

    b. The motion to compel an answer to interrogatory no. 12 is **DENIED**.

(3) An order scheduling the settlement conference is entered separately. (Doc. 55).

**ORDERED** in Tampa, Florida on September 4, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge