**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHELE MALVERTY, individually,**
**and as successor in interest for**
**JAMES C. RENNICK, SR.,**

Plaintiff,

v.                                                                     **Case No.: 8:17-cv-1617-T-27AAS**

**EQUIFAX INFORMATION SERVICES,**
**LLC and EXPERIAN INFORMATION**
**SOLUTIONS, INC.**

Defendants.
_____/

**ORDER**

Michele Malverty, individually and as successor-in-interest for James C.

Rennick, Sr., moves for an order authorizing the production of documents concerning

a third party, James L. Palmer, Sr., from Experian Information Solutions, Inc.[1]  (Doc.

57).  The court previously allowed this production from Equifax Information Services,

LLC.  (Doc. 56, ¶ 1).

For the reasons stated on the record at the hearing on September 4, 2018, as

well as the additional information that Mr. Palmer's widow now has been located and

---

[1] The form of the motion does not comply with Middle District of Florida Local Rules. *See* Local Rule 3.01(a) (in any motion, "the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a *single document* not more than twenty-five (25) pages.") (emphasis supplied). The Local Rules of this District do not authorize filing of a separate memorandum of law.

1

consents to the release, Ms. Malverty's Unopposed Motion for an Order Authorizing the Confidential Production of Documents of Third Party James L. Palmer (Doc. 57) is **GRANTED**. As stated in the court's previous order, this third-party information is subject to the highest level of confidentiality available under the parties' confidentiality agreement. In producing this information, Experian shall redact all but the last four digits of the account numbers. If the documents are to be filed in this litigation, the confidentiality of the documents are subject to the Locals Rules for the Middle District of Florida and the Federal Rules of Civil Procedure.

      **ORDERED** in Tampa, Florida on September 11, 2018.

AMANDA ARNOLD SANSONE
United States Magistrate Judge