UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELE MALVERTY, individually,
and as successor in interest for
JAMES C. RENNICK SR.,

    Plaintiff,

v.                                          Case No.: 8:17-cv-1617-T-27AAS

EQUIFAX INFORMATION SERVICES
LLC and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER

The undersigned oversaw a mediation conference in this action. The parties reached a settlement as to Experian Information Solutions, Inc., and reached an impasse as to Equifax Information Services, LLC.

Under 28 U.S.C. § 455, a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned and where the judge has personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(a), (b)(1). When the proper grounds exists, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). During the mediation conference, the undersigned became privy to disputed evidentiary facts and other confidential information, thus warranting recusal. 28 U.S.C. § 455(b)(1). Based on the foregoing,

(1)    The Clerk is directed to reassign this case to another magistrate judge

by random draw and provide notice to the parties of the newly designated magistrate judge, and

(2) The Clerk is directed to mail a copy of this order to Children's Home Society of Florida's at 482 South Keller Road, Orlando, Florida 32810. All deadlines remain in effect, including Children's Home Society of Florida's show cause deadline. (*See* Doc. 69).

**ORDERED** in Tampa, Florida on November 14, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2